UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
**FILED**
JUL 15 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 0:21-CR-09-DLB
18 U.S.C. §§ 1343 & 2

**KAREN DENISE SMITH,**
   aka **KAREN HABLE SMITH,**
   aka **KAREN DENISE HABLE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about January 20, 2020, in Carter County, in the Eastern District of Kentucky,

**KAREN DENISE SMITH,**
aka **KAREN HABLE SMITH,**
aka **KAREN DENISE HABLE,**

aiding and abetting, and aided and abetted by, another person known to the grand jury, having devised and willfully participated in a scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises—to wit, a scheme to defraud the Internal Revenue Service, an agency of the United States Department of the Treasury, of $9,723,822.00 by filing and causing to be filed a false, fictitious, and fraudulent claim for payment of a refund of taxes in said amount, via preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Income Tax Return for Estates and Trusts, Form 1041

**KAREN DENISE HABLE,** has in this property is vested in, and hereby forfeited to, the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property in which the Defendant has an interest, up to the value of the property subject to forfeiture, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

**A TRUE BILL**

**FOREPERSON**

*[signature]*

**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## **PENALTIES**

Imprisonment for not more than 20 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Forfeiture.

**PLUS:**      Restitution, if applicable.