UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
JUL 15 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 0:21-CR-09-DLB

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                  MOTION OF UNITED STATES
                    FOR ISSUANCE OF SUMMONS

KAREN DENISE SMITH,                                         DEFENDANT
    aka KAREN HABLE SMITH,
    aka KAREN DENISE HABLE

* * * * *

The United States moves for the issuance of summons for the presence of the Defendant, KAREN DENISE SMITH, aka KAREN DENISE HABLE, to answer the felony charges returned by the Grand Jury on July 15, 2021.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: /s/ James T. Chapman
James T. Chapman
Special Assistant U.S. Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4804
James.Chapman2@usdoj.gov