UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
JUL 15 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 0:21-CR-09-DLB

UNITED STATES OF AMERICA     PLAINTIFF

V.     **ORDER FOR ISSUANCE OF SUMMONS**

**KAREN DENISE SMITH,**     DEFENDANT
   **aka KAREN HABLE SMITH,**
   **aka KAREN DENISE HABLE**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, KAREN DENISE SMITH, aka KAREN DENISE HABLE, to APPEAR in United States District Court at Ashland, Kentucky, on 08/02, 2021, at 10:00 AM in Ashland and shall DIRECT the Defendant to contact the United States Probation Office in Ashland, Kentucky, at telephone number (606) 329-0339, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this 15th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal
            United States Probation
            James T. Chapman, Special Assistant U.S. Attorney